1 William A. Hanssen (Bar No. 110613)
2 Suzanne V. Stouder (Bar No. 161077)
  DRINKER BIDDLE & REATH LLP
3 333 South Grand Avenue, Suite 1700
  Los Angeles, CA 90071-1504
4 Telephone: (213) 253-2300
  Facsimile: (213) 253-2301
5

6

7 Attorneys for Plaintiff
  THE LINCOLN NATIONAL LIFE
8 INSURANCE COMPANY

9                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
10                    EASTERN DIVISION - RIVERSIDE

11

| | |
|---|---|
| 12 THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | Case No.:  EDCV07-1338 SGL (OPx) Hon. Stephen G. Larson |
| 13 | |
| 14 Plaintiff, | **PROTECTIVE ORDER** |
| 15 vs. | |
| 16 THE GORDON R.A. FISHMAN IRREVOCABLE LIFE TRUST; | Complaint Filed October 11, 2007 Discovery Cut-Off Date: March 6, 2009 |
| 17 HARVEY SCHWITZER, AS TRUSTEE OF THE GORDON R.A. | Pre-Trial Conf. Date: June 29, 2009 Trial Date: July 14, 2009 |
| 18 FISHMAN IRREVOCABLE LIFE | |
| 19 TRUST; GORDON R.A. FISHMAN, M.D.; HANNARETA FISHMAN; | |
| 20 AND MUTUAL CREDIT | |
| 21 CORPORATION, | |
| 22 Defendants. | |
| 23 | |

24      Good cause appearing, IT IS HEREBY ORDERED THAT, pursuant to

25 Federal Rule of Civil Procedure 26(C), Lincoln is authorized to produce documents

26 to MCC that MCC contends are relevant to MCC's defenses, and which contain

27 nonpublic personal information of third-party insureds, provided that the

28 information that is disclosed in such documents shall be limited to information that

1   is relevant to the claims or defenses in this case, and shall exclude Social Security

2   numbers and other personally-identifiable information describing the financial

3   assets, medical condition, and personal affairs of such third-party insureds.

4

5        IT IS SO ORDERED.

6

7   DATED: April 03, 2009

8                                    HON. STEPHEN G. LARSON
                                     JUDGE, U.S. DISTRICT COURT
9                                    CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28