William A. Hanssen (Bar No. 110613)
Suzanne V. Stouder (Bar No. 161077)
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue, Suite 1700
Los Angeles, CA 90071-1504
Telephone: (213) 253-2300
Facsimile: (213) 253-2301

Attorneys for Plaintiff
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE GORDON R.A. FISHMAN IRREVOCABLE LIFE TRUST; HARVEY SCHWITZER, AS TRUSTEE OF THE GORDON R.A. FISHMAN IRREVOCABLE LIFE TRUST; GORDON R.A. FISHMAN, M.D.; HANNARETA FISHMAN; AND MUTUAL CREDIT CORPORATION,<br><br>Defendants. | Case No.:  EDCV07-1338 SGL (OPx)<br>Hon. Stephen G. Larson<br><br>**[PROPOSED] PROTECTIVE ORDER**<br><br>Complaint Filed October 11, 2007<br>Discovery Cut-Off Date: March 6, 2009<br>Pre-Trial Conf. Date: June 29, 2009<br>Trial Date: July 14, 2009 |

Good cause appearing, IT IS HEREBY ORDERED THAT, pursuant to Federal Rule of Civil Procedure 26(C), Lincoln is authorized to produce documents to MCC that MCC contends are relevant to MCC's defenses, and which contain nonpublic personal information of third-party insureds, provided that the information that is disclosed in such documents shall be limited to information that

1   is relevant to the claims or defenses in this case, and shall exclude Social Security

2   numbers and other personally-identifiable information describing the financial

3   assets, medical condition, and personal affairs of such third-party insureds.

4

5        IT IS SO ORDERED.

6

7   DATED: April ___, 2009.

8                                          HON.              OSWALD PARADA

9                                          JUDGE, U.S. DISTRICT COURT

                                           CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28