| | |
|---|---|
| 1 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| 2 | CHRISTOPHER J. CHAUDOIR (State Bar No. 19844) |
| | cchaudoir@orrick.com |
| 3 | KHAI LEQUANG (State Bar No. 202922) |
| | klequang@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| 5 | Los Angeles, CA  90017 |
| | Telephone:  213-629-2020 |
| 6 | Facsimile:   213-612-2499 |
| 7 | Peter A. Bicks (admitted *pro hac vice*) |
| | pbicks@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 666 Fifth Avenue |
| 9 | New York, New York  10103 |
| | Telephone:  (212) 506-5000 |
| 10 | Facsimile:  (212) 506-5151 |
| 11 | Attorneys for Defendants |
| | Mutual Credit Corporation and Spurling Group II, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | Case No. ED CV 07-1338 SGL (OPx) |
| Plaintiff, | **FINAL JUDGMENT IN FAVOR OF DEFENDANTS MUTUAL CREDIT CORPORATION AND SPURLING GROUP II, LLC AND AGAINST THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** |
| v. | |
| THE GORDON R.A. FISHMAN IRREVOCABLE LIFE TRUST; HARVEY SCHWITZER, AS TRUSTEE OF THE GORDON R.A. FISHMAN IRREVOCABLE LIFE TRUST; GORDON R.A. FISHMAN, M.D.; HANNARETA FISHMAN; AND MUTUAL CREDIT CORPORATION, | **[FED. R. Civ. P. 54(b), 56]**<br><br>Hearing Date: May 4, 2009<br>Time:  10:00 a.m.<br>Place:  Courtroom 1<br>Honorable Stephen G. Larson<br><br>Motion Cut-off Date:  May 11, 2009<br>Trial Date: July 14, 2009 |
| Defendants. | |

OHS West:260629852.1

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, in
2  accordance with Federal Rule of Civil Procedure 54(b), 56 and 58, there being no
3  just reason for delay, the Court hereby enters final judgment in the action as
4  follows:
5  On Plaintiff The Lincoln National Life Insurance Company's First Amended
6  Complaint against Defendants Mutual Credit Corporation ("MCC") and Spurling
7  Group II, LLC ("Spurling"), Final Judgment is entered in favor of MCC and
8  Spurling and against The Lincoln National Life Insurance Company ("Lincoln").
9  Lincoln shall take nothing by way of its First Amended Complaint against MCC
10 and Spurling.
11 Costs are awarded to MCC and Spurling in the amount to be determined by
12 the Clerk of the Court.

Dated August 06, 2009

_____
Honorable Stephen G. Larson
Judge, U.S. District Court For the Central District of California

PRESENTED BY:      ORRICK, HERRINGTON & SUTCLIFFE LLP


           /s/ William A. Molinski
_____
           William A. Molinski
Attorneys for Defendants Mutual Credit Corporation
and Spurling Group II, LLC