WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
CHRISTOPHER J. CHAUDOIR (State Bar No. 19844)
cchaudoir@orrick.com
KHAI LEQUANG (State Bar No. 202922)
klequang@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

PETER A. BICKS (admitted *pro hac vice*)
pbicks@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

Attorneys for Defendants
Mutual Credit Corporation and Spurling Group II, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE GORDON R.A. FISHMAN IRREVOCABLE LIFE TRUST; HARVEY SCHWITZER, AS TRUSTEE OF THE GORDON R.A. FISHMAN IRREVOCABLE LIFE TRUST; GORDON R.A. FISHMAN, M.D.; HANNARETA FISHMAN; AND MUTUAL CREDIT CORPORATION,<br><br>Defendants. | Case No. ED CV 07-1338 SGL (OPx)<br><br>[~~PROPOSED~~] FINAL JUDGMENT IN FAVOR OF DEFENDANTS AND AGAINST THE LINCOLN NATIONAL LIFE INSURANCE COMPANY<br><br>[FED. R. Civ. P. 56, 58] |

OHS West:260629852.5

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, in accordance with Federal Rule of Civil Procedure 56 and 58, the Court hereby enters final judgment in the action as follows:

On Plaintiff The Lincoln National Life Insurance Company's First Amended Complaint against Defendants the Gordon R.A Fishman Irrevocable Life Trust, Harvey Schwitzer, as the trustee of the Gordon R.A. Fishman Irrevocable Life Trust, Gordon R.A. Fishman, M.D., Hannareta Fishman, Mutual Credit Corporation ("MCC") and Spurling Group II, LLC ("Spurling") (collectively "Defendants"), Final Judgment is entered in favor of Defendants and against The Lincoln National Life Insurance Company ("Plaintiff"). Plaintiff shall recover none of the relief sought, and recoverable costs shall be taxed against Plaintiff in the amount ~~of~~ *to be determined by the Clerk.* [initials]

Dated: **8-23**, 2009

_____
Honorable Stephen G. Larson
Judge, U.S. District Court For the Central District of California

OHS West:260629852.5                -1-

[PROPOSED] FINAL JUDGMENT IN FAVOR OF DEFENDANTS AND AGAINST LINCOLN NATIONAL LIFE INSURANCE CO.